1  Kirk W. McAllister, State Bar No. 47324
   McALLISTER & McALLISTER, INC.
2  A Professional Law Corporation
   1012 - 11th Street, Suite 100
3  Modesto, CA  95354
   Tel: (209) 575-4844
4

5  Attorney for Defendant
   TYLER DAVID BLISS
6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          :   Case No.:   1:14-CR-00052 LJO SKO
                                       :
11               Plaintiff,            :   **STIPULATION AND ORDER**
                                       :
12        vs.                          :   Judge: Honorable Sheila K. Oberto
                                       :
13  TYLER DAVID BLISS,                 :
                                       :
14               Defendant.            :
                                       :
15  _____   :
16

17        IT IS HEREBY STIPULATED by and between the UNITED STATES OF AMERICA

18  through its undersigned counsel, DAVID L. GAPPA, Assistant United States Attorney, and

19  KIRK W. McALLISTER, attorney for the defendant TYLER DAVID BLISS, that the status

20  conference presently scheduled for Monday, June 2, 2014, at 1:00 p.m. be vacated and

21  rescheduled for Monday, June 30, 2014, at 1:00 p.m..

22        The reason for the continuance is that the parties are engaged in reviewing the discovery

23  and discussing possible resolutions of the case without the need for a trial and additional time is

24  needed to accomplish these two tasks.

25  ///

26  ///

27  ///

28

-1-

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354

1       All counsel and the defendant agree that time under the Speedy Trial Act from the date

2   this stipulation is lodged through June 30, 2014, should be excluded in computing time within

3   which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. §§

4   3161(h)(7)(A) and (B)(iv).

5                                      Respectfully submitted,

6

7                                      KIRK W. MCALLISTER
                                   Attorney for Defendant

8

9   Dated:  May 28, 2014               /s/  Kirk W. McAllister
                                   KIRK W. McALLISTER

10                                      Attorney for Defendant Tyler David Bliss

11

12                                      /s/  David L. Gappa

13   Dated: May 28, 2014               DAVID L. GAPPA
                                   Assistant U.S. Attorney

14

15

16                                   **ORDER**

17

18   IT IS SO ORDERED.

19       Dated:  __**May 28, 2014**__                  __**/s/ Sheila K. Oberto**__

20                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354

-2-