1  BENJAMIN B. WAGNER
   United States Attorney
2  MEGAN A. S. RICHARDS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 1:14-CR-00052 LJO
12 |              Plaintiff,            | STIPULATION AND ORDER TO SET HEARING FOR RESTITUTION
13 |         v.                         | Note Time Change
14 | TYLER DAVID BLISS,                 |
15 |              Defendants.           |

16
17      The United States, by and through its attorney of record, Megan A. S. Richards, and defendant
18 Tyler David Bliss, by and through his attorney, Kirk McAllister, hereby stipulate that a restitution
19 hearing be set for July 27, 2015 at 8:30 a.m.
20
21      IT IS SO STIPULATED.
22
                                              BENJAMIN B. WAGNER
23                                            United States Attorney
   Dated: June 25, 2015
24
                                              /s/ MEGAN A. S. RICHARDS
25                                            MEGAN A. S. RICHARDS
                                              Assistant United States Attorney
26
27
28

STIPULATION AND ORDER TO SET HEARING FOR RESTITUTION

1

Dated:  June 25, 2015                              /s/ KIRK McALLISTER
                                                     KIRK McALLISTER
                                                     Counsel for Defendant
                                                     Tyler David Bliss

ORDER

Granted, except it is to be heard at 10 a.m. on July 27, 2015.

IT IS SO ORDERED.

   Dated:   **June 25, 2015**                         **/s/ Lawrence J. O'Neill**
                                                                   UNITED STATES DISTRICT JUDGE