SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
Tyler Bliss

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S. 1:14-CR-00052 DAD |
| Plaintiff, | ) |
| | ) RELEASE ORDER |
| TYLER BLISS, | ) |
| Defendant. | ) |

Defendant, Tyler Bliss, is hereby ordered released by 9:00 a.m. April 14, 2026, for transport to the Stanislaus Recovery Center. The defendant shall not operate motor vehicles, until otherwise ordered by the Court.

Defendant must participate in an inpatient substance abuse/alcohol abuse treatment program and follow the rules and regulations of that program, for a period of up to 30 days, and up to 10 additional days for substance abuse detoxification services if deemed necessary. The

/////

/////

1

probation officer, in consultation with the treatment provider, will supervise his participation in the program.

IT IS SO ORDERED.

Dated:    **April 13, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE