UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


Honorable Dale A. Drozd                    **RE:  Tyler David Bliss**
United States District Judge                     **Docket Number:  0972 1:14CR00052-1**
Sacramento, California                            **<u>Request to Vacate Hearing</u>**


Your Honor:

On June 29, 2026, a superseding petition for warrant in Docket Number 1:14CR00052-01 was filed with the Court alleging new violation conduct. Your Honor ordered the issuance of an arrest warrant. Currently there is a Dispositional Hearing set for July 13, 2026, on the previously alleged violation behaviors. Probation respectfully requests that the Dispositional Hearing set for July 13, 2026, at 9:30 AM be vacated, and the client be processed on the new violation behaviors before a new sentencing date is set.


      Respectfully submitted,                               Reviewed by,


_____            _____
         Kristin Smokes                                          Lee McSorley
Sr. United States Probation Officer          Supervisory United States Probation Officer


Dated:   July 9, 2026
         Modesto, California
         KS/lr

1

**RE:** **Tyler David Bliss**
**Docket Number:   0972 1:14CR00052-1**
**Request to Vacate Hearing**

---

## ORDER OF THE COURT

THE COURT ORDERS:

☒   Approved        ☐   Disapproved

*Dale A. Drozd*

_____        _____
July 9, 2026
Date                                 Dale A. Drozd
                                     United States District Judge


cc:    Nchekube Onyima
       Assistant United States Attorney

       Shari Rusk
       Defense Counsel

2

REV.  01/2021
CAE___MEMO__COURT (W ORDER)